FILED & JUDGMENT ENTERED
Steven T. Salata

June  17  2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

SEAN AVERY PERKINS AND
KIMBERLY ANN PERKINS

Debtors

Case No.  19-30477-JCW
Chapter 7

ORDER APPROVING EX PARTE APPLICATION TO EMPLOY ACCOUNTANT

Upon the application of A. Burton Shuford, Trustee, praying for approval of his employment of Edward P. Bowers to perform accounting services for him as Trustee for the above shown Debtors and upon the affidavit of said Edward P. Bowers, and it appearing that Edward P. Bowers is a certified public accountant duly admitted to practice in the State of North Carolina, and the court being satisfied that Edward P. Bowers represents no interest adverse to the Debtors or Debtors' estate, in the matters upon which he is to be engaged, that his employment is necessary and would be to the best interest of the estate, it is,

ORDERED that the employment by A. Burton Shuford, Trustee, of Edward P. Bowers on the terms stated in the application, in the within proceeding, under Chapter 7 of the Bankruptcy Code, is approved.

This Order has been signed electronically.
The judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court.