UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>SEAN AVERY PERKINS AND<br>KIMBERLY ANN PERKINS,<br><br>Debtors | Case No. 19-30477<br>Chapter 7 |

NOTICE OF TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY GLADWIN D'COSTA, A MEMBER OF MARYLAND REO REALTY, AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY and TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 AND NOTICE OF HEARING

A. Burton Shuford, Trustee, through his attorney, has filed papers with the Court as described above.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A hearing will be held to consider these Applications on **August 12, 2019 at 9:30 AM** at the United States Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.  No further notice of this hearing will be given.

**All interested parties may attend and be heard.  If you do not oppose these Applications, you do not have to attend.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in these Applications and may enter an order granting the requested relief.

This 24th day of July, 2019.

/s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com
Attorney for the Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

SEAN AVERY PERKINS AND
KIMBERLY ANN PERKINS,

Debtors

Case No. 19-30477
Chapter 7

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of by depositing copies of *NOTICE OF TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY GLADWIN D'COSTA, A MEMBER OF MARYLAND REO REALTY, AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY and TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 NOTICE OF HEARING* by either Electronic Case Filing as indicated below or in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed on the attached Exhibit "A".

Shelley K. Abel, US Bankruptcy Administrator          VIA ELECTRONIC CASE FILING

Terry M. Duncan, Counsel for Debtors                  VIA ELECTRONIC CASE FILING

Sean Avery Perkins
Kimberly Ann Perkins
6824 Charter Hills Road
Charlotte, NC  28227

This 24th day of July, 2019.

   /s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com
Attorney for the Trustee